March 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF DEER PARK, Appellant

NO. 14-13-00695-CV                           V.

LEONARD JAMES HAWKINS, Appellee

_____

This cause, an appeal from an order denying a plea to the jurisdiction, signed July 12, 2013, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the order of the court below **REVERSED** and **RENDER** judgment dismissing Appellee Leonard James Hawkins's suit against Appellant, City of Deer Park, for lack of subject matter jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by Appellee, Leonard James Hawkins.

We further order this decision certified below for observance.